UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                   CASE NO. 11-38937-BKC-RBR
                                                                                            CHAPTER 13
SHAHID ULLAH

_____Debtor._____/

**DEBTOR'S CERTIFICATE OF COMPLIANCE,
MOTION FOR ISSUANCE OF DISCHARGE AND
NOTICE OF DEADLINE TO OBJECT**

NOTICE OF TIME TO OBJECT

**Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service of this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order of discharge.**

The Debtor, SHAHID ULLAH, in the above captioned matter certifies as follows:

1.   The chapter 13 trustee has issued a Notice of Completion on September 28, 2016. The debtor is requesting the court issue a discharge in this case.

2.   The debtor has completed an instructional course concerning personal financial management described in 11 U.S.C. §111 and has filed the requisite certificate on October 3, 2016.

3.   Compliance with 11 U.S.C. §101 (14A):

_X_   A.   The debtor has not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101 (14A) either before this bankruptcy was filed or at any time after the filling of this bankruptcy.

or

_____   B.   The debtor certifies that as of the date of this certification, the debtor has paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. §101 (14A), required by a judicial or administrative order or by statute, including amounts due before, during and after this case was filed. The name and address of each holder of a domestic obligation is as follows:

4.   The debtor's most recent address is as follows:

5201 SW 31 Ave., #249
Fort Lauderdale, FL 33312

5.   The name and address of the debtor's most recent employer is as follows:

DSC Global Corp./Check Cashing Store
7125 W. McNab Rd.
North Lauderdale, FL 33068

6. The following creditors hold a claim that is not discharged under 11 U.S.C. §523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524(c):

N/A

7. Compliance with 11 U.S.C. §1328(h):

    __X__ A. The debtor has <u>not</u> claimed an exemption under §522(b)(3) in an amount in excess of $146,450.00 in property of the kind described in §522(q)(1) [generally the debtor's homestead].

or

    _____ B. The debtor has claimed an exemption under §522(b)(3) in an amount in excess of $146,450.00 in property of the kind described in §522(q)(1) but there is no pending proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

8. The debtor has not received a discharge in a case filed under chapter 7, 11 or 12 during the 4 year period preceding the filing of the instant case or in a case filed under chapter 13 during the two year period preceding the filing of the instant case.

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

_____<br>
Debtor:  Shahid Ullah

**CERTIFICATE OF SERVICE AND COMPLIANCE**
**WITH LOCAL RULES 3015-3(A)(1) AND 9073-1(D)**

    I hereby certify that a copy of this Motion was served pursuant to Bankruptcy Rule 7004 on all parties listed on the attached Service List, this __3rd__ day of __OCTOBER__, 2016.

Dated: __OCTOBER 3__, 2016.        LAW OFFICES OF LLOYD A. BARON, P.A.
                                         Attorneys for Debtor(s)
                                         1700 University Dr., #300
                                         Coral Springs, FL 33071
                                         (954) 796-2100

                                         By: /s/ Lloyd A. Baron_____
                                            Lloyd A. Baron, Esq.
                                            Florida Bar No. 790974

Label Matrix for local noticing
113C-0
Case 11-38937-RBR
Southern District of Florida
Fort Lauderdale
Mon Oct  3 11:36:18 EDT 2016

Bank Of America, N.A.
c/o Frank Gomez
4855 Technology Way #500
Boca Raton, FL 33431-3352

Dyck-O'Neal, Inc
Dyck-O'Neal, Inc.
PO Box 601549
Dallas, TX 75360-1549

JPMorgan Chase Bank National Association
c/o Scott R Weiss
1800 NW 49 St #120
Fort Lauderdale, FL 33309-3092

Nationstar Mortgage, LLC.
c/o Christopher Giacinto
4630 Woodland Corp Blvd #100
Tampa, FL 33614-2429

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)REAL TIME RESOLUTIONS INC
PO BOX 36655
DALLAS TX 75235-1655

US Bank, National Association
Kahane and Associates, P.A.
8201 Peters Road
Suite 3000
Plantation, Fl 33324-3292

Santander Consumer USA
P.O. Box 560284
Dallas, TX 75356-0284

American Express
POB 360002
Fort Lauderdale, FL 33336-0002

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

Ashley Funding Services LLC its successors a
assigns as assignee of Laboratory Corp
of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bank of America
POB 5170
Simi Valley, CA 93062-5170

Bank of America, N.A.
Bankruptcy Department
P.O. Box 26012, NC4-105-02-99
Greensboro, North Carolina 27420-6012

Bank of America, N.A.
c/o Jerrold J. Golson, Esquire
Florida Foreclosure Attorneys, PLLC
601 Cleveland Street, Suite 690
Clearwater, FL 33755-4171

Bank of America, N.A.
c/o Kahane and Associates, P.A.
8201 Peters Road, Suite 3000
Plantation, Florida 33324-3292

Chase
POB 15153
Wilmington, DE 19886-5153

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Home Finance
3415 Vision Dr
Columbus, OH 43219-6009

Chase Home Finance
8333 Ridgepoint Dr
Irving, TX 75063-5812

Citimortgage, Inc.
1000 Technology Drive MS 852
O Fallon, MO 63368-2240

Dyck O'Neal
POB 601549
Daallas TX 75360-1549

Elizabeth Baird, Esq.
Butler & Hosch, P.A.
13800 Montfort Dr #300
Dallas, TX 75240-4388

IRS
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Santander Consumer USA
POB 660633
Dallas, TX 75266-0633

Tenille Shipwash, Esq.
Greenspoon Marder, P.A.
100 W Cypress Creek Rd #700
Fort Lauderdale, FL 33309-2195

The Bank of New York Mellon
5730 Katella Ave
Cypress, CA 90630-5005

U.S. Bank
c/o Greenspoon Marder
100 W Cypress Creek Rd #700
Fort Lauderdale, FL 33309-2195

| | | |
|---|---|---|
| Lloyd A Baron<br>1700 University Dr., #300<br>Coral Springs, FL 33071-8970 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | Shahid Ullah<br>5201 SW 31 Ave #249<br>Fort Lauderdale, FL 33312-6924 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC.<br>POB 41067<br>Norfolk, VA 23541 | Real Time Resolutions, Inc.<br>1349 Empire Central Dr #150<br>POB 36655<br>Dallas, TX 75247 | Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | (d)Real Time Resolutions, Inc.<br>1349 Empire Central Dr #150<br>PO Box 36655<br>Dallas Texas 75247 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Real Time Resolutions<br>POB 36655<br>Dallas, TX 75235-1655 | End of Label Matrix<br>Mailable recipients    32<br>Bypassed recipients     1<br>Total                  33 |