**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                                                          CASE NO. 11-38937-BKC-RBR
                                                                                                          CHAPTER 13
SHAHID ULLAH

_____Debtor._____/

## MOTION TO DEEM MORTGAGE CURRENT

According to the Trustee's records, the Debtor has paid, and the Trustee has disbursed, all arrears and regular on-going payments to Bank of America n/k/a Nationstar Mortgage, LLC, pursuant to the terms of the last confirmed plan.  The Debtor has made all payments in accordance with the Order Granting Motion to Value (DE 44).  Since the Trustee's records reflect these payments are completed, the debt to Bank of America, N.A. n/k/a Nationstar Mortgage, LLC should be current as of October 2016.

**BANK OF AMERICA, N.A. N/K/A NATIONSTAR MORTGAGE, LLC SHALL FILE ANY OBJECTION TO THE STATUS OF THE DEBT AS CURRENT NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING.**

All parties wishing to be heard shall appear at the scheduled hearing.  If there is a dispute as to the status of Bank of America, N.A. n/k/a Nationstar Mortgage, LLC, the court may take evidence at the hearing or treat the hearing as preliminary and set a further evidentiary hearing on a different date.

## CERTIFICATE OF SERICE

I hereby certify that a copy of this Motion was served on all parties on the attached Service List, in the manner noted therein, on March 2, 2017.

Dated:  March 2, 2017                    LAW OFFICES OF LLOYD A. BARON, P.A.
                                                         Attorneys for Debtor(s)
                                                         1700 University Dr., Suite 300
                                                         Coral Springs, FL 33071
                                                         (954) 796-2100

                                                         By:  /s/ Lloyd A. Baron_____
                                                              Lloyd A. Baron
                                                              Florida Bar No. 790974

                                                         I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE 2090-1(A).

LF-79  (12/01/09)

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Jerrold J Golson on behalf of Creditor Bank Of America, N.A.
jgolson@ffapllc.com,
rjohansen@ffapllc.com;gdeangelo@ffapllc.com;thefflinger@ffapllc.com

Dean R. Prober, Esq. on behalf of Creditor Bank Of America, N.A.
cmartin@pralc.com

Jason A. Weber, Esq. on behalf of Creditor US Bank, National Association
jweber@sirote.com, aravix@sirote.com;rengineer@sirote.com

Scott R. Weiss, Esq on behalf of Creditor JPMorgan Chase Bank National Association
scott.weiss@clegalgroup.com, bankruptcy@clegalgroup.com

**VIA U.S. MAIL:**
Bank of America, N.A.
c/o Frank Gomez
4855 Technology Way, #500
Boca Raton, FL 33431

Bank of America, N.A.
POB 5170
Simi Valley, CA 93062-5170

Nationstar Mortgage, LLC
c/o Christopher Giacinto
4630 Woodland Corp Blvd., #100
Tampa, FL 33614

Nationstar Mortgage, LLC
POB 619096
Dallas, TX 75261-9096

Shahid Ullah
5201 SW 31 Ave., #249
Fort Lauderdale, FL 33312

LF-79  (12/01/09)